SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Karin Cocktails, Inc., et al,<br><br>Defendants | Case No.: CIV.S 09-cv-03337-MCE-DAD<br><br>**STIPULATED DISMISSAL OF DEFENDANT GURPAL SINGH; ORDER THEREON**<br><br>Complaint Filed: DECEMBER 1, 2009<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendant, Gurpal Singh (Pro Se), that Defendant (Gurpal Singh) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open as to the remaining Defendants. Defendant (Gurpal Singh) is dismissed because Plaintiff and this Defendant have settled their dispute.

1

STIPULATED DISMISSAL and Proposed ORDER                CIV: S-09-03337-MCE-DAD

1  Dated: May 7, 2010                               /s/Scott N. Johnson_____
2                                                    SCOTT N. JOHNSON
                                                     Attorney for Plaintiff
3

4  Dated: May 14, 2010                              /s/Gurpal Singh_____
5                                                    GURPAL SINGH,
                                                     Defendant in Pro Per
6

7  **IT IS SO ORDERED**.
8

9  Dated: May 26, 2010
10
                                                    _____
11                                                   MORRISON C. ENGLAND, JR
                                                     UNITED STATES DISTRICT JUDGE
12