SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>       Plaintiff,<br><br>   vs.<br><br>Karin Cocktails, Inc., et al,<br><br>       Defendants | Case No. **2:09-cv-03337-MCE-DAD**<br><br>**PLAINTIFF'S REQUEST FOR LEAVE OF COURT FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; ORDER THEREON** |

Plaintiff, Scott N. Johnson, hereby requests a leave of Court for the purpose of filing a First Amended Complaint which will remove Defendant, Gurpal Singh as well as a change related to the number of actual and foregone visits which relates to the subject businesses/subject property. Currently, Defendant, Gurpal Singh has filed a responsive pleading to the original Complaint and has been terminated. Defendants, Karin Cocktails, Inc.; Jaswant Singh Hans; Golden Hill VAC, LLC are in Default and

therefore would not be prejudiced by the Plaintiff filing a First Amended Complaint.

Dated:  May 7, 2010

                              DISABLED ACCESS PREVENTS INJURY, INC.

                              /s/Scott N. Johnson

                              Scott N. Johnson,

                              Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the Plaintiff may file a First Amended Complaint by July 15, 2010.

Dated: June 3, 2010

                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE