IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                                 No. CIV S-09-3337 MCE DAD

    vs.

KARIN COCKTAILS, et al.,

    Defendants.                         <u>ORDER</u>

_____/

        This matter came before the court on February 11, 2011, for hearing on plaintiff's motion for default judgment against three defendants. No appearance was made by plaintiff, or by defendants Jaswant Singh Has and OPT Golden Hills Vac LLC. Karin Ellison was present on behalf of defendant Karin Cocktails, Inc.[1] In light of the moving party's failure to appear and the presence of Ms. Ellison, plaintiff's motion for default judgment (Doc. No. 26) is denied without prejudice to the filing of a renewed motion, as appropriate.

        IT IS SO ORDERED.

DATED: February 11, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\johnson3337.oah.021111

---

[1] The record reflects that Karin Ellison was served with process as agent for service for Karin Cocktails, Inc. (Doc. No. 20.)