IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                                  No. CIV S-09-3337 MCE DAD

    vs.

KARIN COCKTAILS, INC., et al.,

    Defendants.                          <u>ORDER</u>

_____/

        This matter came before the court on May 6, 2011, for hearing on plaintiff's amended motion for default judgment (Doc. No. 29). Attorney Scott N. Johnson appeared on his own behalf. No appearance was made by or on behalf of any defendant. After discussion regarding the merits of the motion at the hearing, plaintiff withdrew the motion on the record, thereby resolving the pending motion.

        IT IS SO ORDERED.

DATED: May 6, 2011.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\johnson-jurado3337.oah.050611