SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br>   Plaintiff,<br>vs.<br>Karin Cocktails, Inc., et al<br>   Defendants | Case No. **2:09-cv-03337-MCE-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

   IT IS HEREBY ORDERED THAT this action is hereby dismissed, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Clerk of Court is hereby directed to close this file.

Dated:  May 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL WITHOUT PREJUDICE

CIV: S-09-cv-03337-MCE-DAD - 1